**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TJX Companies, Inc., et al.,** | ) | **CASE NO. 07 CV 2857** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Joan M. Hall, et al.,** | ) | <u>**Memorandum of Opinion and Order**</u> |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court upon plaintiffs' motion to remand (Doc. 6). The motion is GRANTED. This case arises out of defendants' alleged plan to defraud plaintiffs. Defendants removed this matter to this Court on the basis of diversity of citizenship. Plaintiffs move to remand, on the grounds that 28 U.S.C. § 1441(b) is not satisfied. Specifically, plaintiffs point out that at least one defendant is a citizen of Ohio. As such, this matter is not subject to removal jurisdiction. Defendants have indicated that they will not oppose plaintiffs' motion. Accordingly, for the reasons stated in plaintiffs' motion, remand is appropriate.

IT IS SO ORDERED.

1

                                    /s/ Patricia A. Gaughan
                                    PATRICIA A. GAUGHAN
                                    United States District Judge

Dated: 10/9/07